UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET A. GREEN, | Case No. 2:18-cv-02962-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

On January 11, 2019, the court dismissed plaintiff's complaint but permitted plaintiff to file a first amended complaint within 21 days. ECF No. 4. That deadline has passed without any filing from plaintiff. Accordingly, within seven (7) days of this order, plaintiff is ORDERED to SHOW CAUSE why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: April 5, 2019.

_____
UNITED STATES DISTRICT JUDGE