UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET A. GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant. | Case No. 2:18-cv-02962-KJM-DB<br><br><br>ORDER |

On January 11, 2019, the court dismissed the amended complaint and granted plaintiff 21 days to file an amended complaint. ECF No. 4. To date, plaintiff has not filed an amended complaint. On April 5, 2019, the court ordered plaintiff to show cause within seven days why this action should not be dismissed for failure to prosecute. ECF No. 5. To date, plaintiff has not responded to the court's order to show cause.

Accordingly, the court hereby ORDERS David S. Silber, plaintiff's counsel, to SHOW CAUSE within seven (7) days why he should not be sanctioned in the amount of $250 or reported to the state bar, or both, for failing to represent his client in this matter, specifically by failing to comply with both the court's January 11, 2019 order and April 5, 2019 order.

IT IS SO ORDERED.

DATED: June 11, 2019.

UNITED STATES DISTRICT JUDGE

1