UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET A. GREEN, | Case No: 2:18-cv-02962-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

On January 11, 2019, this court dismissed plaintiff's complaint without prejudice, and granted plaintiff twenty-one (21) days to file an amended complaint. ECF No. 4. Four months later, plaintiff still had not filed an amended complaint or a request for an extension of time to do so. Accordingly, the court ordered plaintiff to show cause why the action should not be dismissed for failure to prosecute. ECF No. 5. Again, plaintiff did not respond. Two months later, on June 12, 2019, this court ordered plaintiff's counsel, David S. Silber, to show cause within seven days why he should not be sanctioned in the amount of $250 or reported to the state bar for failing to represent his client in this matter. ECF No. 6. To date, plaintiff's counsel has not responded to the order to show cause, or otherwise made any filings in this case.

In sum, plaintiff's counsel has completely ignored both the court's January 11 dismissal order, and two orders to show cause. It is within the court's inherent power to levy

1

| | |
|---|---|
| 1 | monetary sanctions against a party who has willfully disobeyed a court order.  *See Fink v. Gomez*, |
| 2 | 239 F.3d 989, 991 (9th Cir. 2001) (citing *Roadway Express, Inc. v. Piper*, 447 U.S. 752 (1980)). |
| 3 | Accordingly, the court hereby SANCTIONS David S. Silber in the amount of $250 for failure to |
| 4 | comply with the court's orders as described above.  Plaintiff's counsel shall file a declaration |
| 5 | within seven (7) days of this order attesting he has (1) paid the $250 sanction to the Clerk of |
| 6 | Court; and (2) has not passed this cost on to his client. |
| 7 | In an effort to prevent plaintiff herself from being disadvantaged by counsel's |
| 8 | dilatory conduct, the court has contacted the Pro Bono Program Director for the Eastern District |
| 9 | of California, Sujean Park, for the purpose of securing pro bono counsel to locate plaintiff if |
| 10 | possible, and represent plaintiff if she accepts representation for the limited purpose of amending |
| 11 | her complaint. |
| 12 | IT IS SO ORDERED. |
| 13 | DATED:  July 31, 2019. |

_____
UNITED STATES DISTRICT JUDGE