UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET A. GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant. | Case No. 2:18-cv-02962-KJM-DB<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

　　　　Plaintiff is proceeding with a civil rights action under this court's federal question jurisdiction and 28 U.S.C. § 1343.  The court finds that the appointment of counsel for plaintiff is warranted for the limited purposes described below.  Jack Duran, Jr. has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Jack Duran, Jr. is appointed as limited purpose counsel in this matter.  This appointment is for the limited purpose of establishing contact with plaintiff, investigating potential claims for relief, and drafting and filing an amended complaint, if any.

2. Jack Duran, Jr.'s appointment will terminate when any of the following is filed: (1) an amended complaint, (2) a notice that plaintiff will not amend the complaint, or (3) a notice that counsel was unable to locate or establish contact with plaintiff.

3. One of the three documents described in paragraph 2 above must be filed **within 120 days of the date of this order**.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Jack Duran, Jr., Duran Law Office, 4010 Foothills Blvd., Suite 103, Roseville, CA 95747.

DATED: September 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE