UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet A. Green, Successor in interest of the Estate of Marquon De'Anthony Vasquez,<br><br>Plaintiff,<br><br>v.<br><br>California Department of Corrections,<br><br>Defendant. | No. 2:18-cv-02962-KJM-DB<br><br>ORDER |

On November 13, 2018, plaintiff filed this action. Compl., ECF No. 1. On January 11, 2019, the court dismissed the complaint allowing leave to file an amended complaint. Order, ECF No. 4. On April 5, 2019, plaintiff was ordered to show cause why the action should not be dismissed for failure to prosecute. Order to Show Cause (April 5, 2019), ECF No. 5. On June 12, 2019, a second order to show cause was issued after there was no response from plaintiff or her counsel. Order to Show Cause (June 12, 2019), ECF No. 6

On September 16, 2020, the court sanctioned plaintiff's previous counsel and appointed counsel Jack Duran Jr. to represent plaintiff for the limited purpose of "establishing contact with plaintiff, investigating potential claims for relief, and drafting and filing an amended complaint, if any." Order (Sept., 16, 2020) at 1, ECF No. 8. The court ordered any complaint be filed within 120 days of the order. *Id*. at 2. On January 15, 2021, counsel filed a status update reporting that

1  he has successfully contacted plaintiff and making an ex parte request for a 90-day extension to
2  file the amended complaint.  Status Update at 2, ECF No. 9.  Given counsel's difficulty in
3  establishing contact with plaintiff and counsel's COVID diagnosis as well, the court finds there is
4  good cause for an extension.  The court **grants a 60-day** extension for plaintiff to file an amended
5  complaint.
6         IT IS SO ORDERED.
7  DATED:  January 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE