UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Green, | No. 2:18-cv-02962-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| California Department of Corrections, | |
| Defendant. | |

On January 26, 2021, this court granted plaintiff, who is represented by specially appointed pro bono counsel, a sixty-day extension of time to file an amended complaint. ECF No. 10.  No amended complaint or other notice or report has been filed.  Plaintiff is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED:  April 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1